No. 825. UNITED STATES *v.* CORRIVEAU.

Submitted April 18, 1932. Decided May 16, 1932. *Per Curiam:* The petition for writ of certiorari herein is granted. The decree of the Circuit Court of Appeals is reversed, and the cause is remanded to the District Court for further proceedings in conformity with the opinions of this Court in *United States* v. *The Ruth Mildred,* 286 U. S. 67; *General Import & Export Co.* v. *United States,* 286 U. S. 70; *General Motors Acceptance Corp.* v. *United States,* 286 U. S. 49; and *United States* v. *Commercial Credit Co.,* 286 U. S. 63. *Solicitor General Thacher* for the United States. No appearance for respondent.
See also, 53 F. (2d) 735.